**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**THOMAS J. PRONTI,**

     **Plaintiff**

 **against**        **CASE NO.  03-CV-1518 (GTE-DRH)**

**CNA FINANCIAL CORPORATION and**
**CNA EMPLOYEE RETIREMENT PLAN**

     **Defendants**

**G. THOMAS EISELE, SENIOR DISTRICT JUDGE, sitting by designation[1]**

### JUDGMENT

   Pursuant to the Order filed in this matter this date granting summary judgment in favor of the Defendants, it is Considered, Ordered, and Adjudged that all remaining claims in the Plaintiff's Complaint in this matter be, and they are hereby, DISMISSED WITH PREJUDICE.

   IT IS SO ORDERED this   28th  day of November, 2007.

         _/s/Garnett Thomas Eisele_____
         UNITED STATES DISTRICT COURT

---

  [1] On April 27, 2006, this case was reassigned to the undersigned visiting judge for all further proceedings.